[No. 11395-0-I.   Division One.   February 27, 1984.]

PATRICIA THEONNES, *Individually and as Guardian ad Litem, Appellant,* v. GLORIA BELLE HAZEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-2-04728-9, John E. Rutter, Jr., J., entered February 10, 1982. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Swanson and Andersen, JJ. Now published at 37 Wn. App. 644.

[Nos.  10577-9-I; 10994-4-I;   Division One.          February 27, 1984.]
11119-1-I.

*In the Matter of the Marriage of* GEORGE HUMMEL MCLAUGHLIN, *Respondent, and* VICTORIA IRENE MCLAUGHLIN, *Appellant,* GEORGE HALLIS, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Pierce County, No. 282690, William L. Brown, Jr., J., entered May 22, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 11127-2-I.   Division One.   February 27, 1984.]

WILLIAM A. KAALAND, ET AL, *Appellants,* v. RICHARD HARRIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 43242, Walter J. Deierlein, Jr., J., entered November 23, 1981. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow, J., and Johnsen, J. Pro Tem.